Exhibit 3

Charted claim:

Method claim:1

| US10681218B2 | Cisco RoomOS and Webex Application ("The accused system") |
|---|---|
| 1. A method of simplifying electronic communications between a plurality of users, each user having at least one electronic identifier, comprising: | The accused system discloses a method (e.g., collaboration method) of simplifying electronic communications between a plurality of users (e.g., participants in a webex meeting), each user having at least one electronic identifier (e.g., name, email address, etc.).<br><br>As shown, RoomOS provides the hybrid work platform for collaborating and communicating with the users of webex app using mobile device. Each user of RoomOS and Webex App having associated name, email address, etc. A meeting invitee can join through meeting room devices occupied with RoomOS or through Webex Application.<br><br><br><br>https://www.webex.com/solutions/RoomOS.html |



https://www.webex.com/us/en/devices/accessories/cisco-room-navigator-for-table.html



https://www.webex.com/downloads.html

# Share every great idea

Easily share content to Cisco devices with wireless sharing options, including Miracast, Airplay, or the Webex App.



https://www.webex.com/solutions/RoomOS.html

# Join a Webex Meeting

You can join a meeting from your computer, mobile device, phone, or a video system. Choose the one that works best for you.

This article applies to version 41.6 and later sites.

We've made some changes to the options that are visible before you join a Webex meeting. If you have an earlier Webex version, these options may not be visible. Learn how to join meetings on earlier Webex versions.

Can't download? Here's how you can join right from your browser.



https://help.webex.com/en-us/article/nrbgeodb/Join-a-Webex-Meeting



https://www.webex.com/solutions/RoomOS.html

 Add **Invitees**, enter names or email addresses.

When your account is set up with Hybrid Calendar , you see icons beside each person's name to show their availability.

| | https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar |
|---|---|
| a) providing a first conferencing and scheduling platform and a second conferencing and scheduling platform; | The accused system discloses providing a first conferencing and scheduling platform (e.g., Webex room devices with RoomOS, etc.) and a second conferencing and scheduling platform (e.g., Webex meeting app).<br><br>Room OS provided by the accused system is a video collaboration system which enables collaboration of users in a room with remote users joining using Webex Application. A host can schedule a meeting among users within the room (first conferencing and scheduling platform) or can schedule a hybrid meeting inviting remote users to join through Webex Application (second conferencing and scheduling platform).<br><br>Room Series<br><br><br><br>Smart video conferencing<br><br>The Room Series runs on RoomOS, the hybrid work platform optimized for a native Webex experience while supporting seamless join to third-party meeting solutions like Microsoft Teams, Zoom and Google Meet. These intelligent video collaboration systems bring your meeting rooms to life. Whether you are redesigning your workspaces or upgrading your video conferencing equipment, the Room Series offers high-quality video, crisp audio, rich content experiences and embedded room intelligence to power engaging and productive hybrid workflows.<br><br>⌄ Show more<br><br>https://www.cisco.com/c/en/us/products/collaboration-endpoints/webex-room-series/index.html |



https://www.webex.com/us/en/devices/accessories/cisco-room-navigator-for-table.html



# Download mobile app

https://www.webex.com/downloads.html

# Join a Webex Meeting

You can join a meeting from your computer, mobile device, phone, or a video system. Choose the one that works best for you.

This article applies to version 41.6 and later sites.

We've made some changes to the options that are visible before you join a Webex meeting. If you have an earlier Webex version, these options may not be visible. Learn how to join meetings on earlier Webex versions.

Can't download? Here's how you can join right from your browser.



https://help.webex.com/en-us/article/nrbgeodb/Join-a-Webex-Meeting

| | |
|---|---|
| b) selecting a plurality of first users of a plurality of users of said first conferencing and scheduling platform for simultaneous contact from a provided or determined identifier of each user of a plurality of users using said first conferencing and scheduling platform; | The accused system discloses selecting a plurality of first users (e.g., invitees joining a meeting through using Cisco room) of a plurality of users (e.g., users of Cisco RoomOS) of said first conferencing and scheduling platform (e.g., Webex room devices with RoomOS, etc.) for simultaneous contact (e.g., contacting all  members of space through email invite) from a provided (e.g., provided during meeting scheduling) or determined identifier (e.g., name, email address, etc.) of each user (e.g., each invitee in space) of a plurality of users (e.g., plurality of invitees of space using RoomOS platform) using said first conferencing and scheduling platform (e.g., Webex room devices with RoomOS).<br><br>As shown, while scheduling a meeting, a host selects invitees joining a meeting through RoomOS platform. The meeting invite to all invitees will be generated and sent simultaneously using the provided invitees name, email address, etc. during meeting scheduling.<br><br>Room Series<br><br><br><br>### Smart video conferencing<br>The Room Series runs on RoomOS, the hybrid work platform optimized for a native Webex experience while supporting seamless join to third-party meeting solutions like Microsoft Teams, Zoom and Google Meet. These intelligent video collaboration systems bring your meeting rooms to life. Whether you are redesigning your workspaces or upgrading your video conferencing equipment, the Room Series offers high-quality video, crisp audio, rich content experiences and embedded room intelligence to power engaging and productive hybrid workflows.<br><br>⌄ Show more<br><br>https://www.cisco.com/c/en/us/products/collaboration-endpoints/webex-room-series/index.html |



**Cisco Room Navigator For Table**    Overview    Buy now    Resources

### Control every aspect of your meeting

View and join upcoming meetings, check contact lists, swap meeting layouts, share content, adjust camera and audio settings, and control peripherals with a responsive touch controller.

**Leverage built-in intelligence**

https://www.webex.com/us/en/devices/accessories/cisco-room-navigator-for-table.html

# Webex App | Schedule a meeting from a space

Schedule a meeting with everyone in your space at a specified date and time, whether it's a space with one or more people. Send calendar invites to everyone in the space to tell them about the meeting and how to join. You can also make sure that your meetings are end-to-end encrypted.



https://help.webex.com/en-us/article/nu5w9x3/Webex-App-%7C-Schedule-a-meeting-from-a-space#Cisco_Task_in_List_GUI.dita_6dbe0773-df5c-4415-bc74-8ef3235d93f6

**4**  Add **Rooms**, enter the name of a meeting room.

When your account is set up with Hybrid Calendar , you see icons beside each room name to show the availability.

- **Available**
- **Unavailable**

Only meeting rooms listed in your organizations directory are displayed. Hover on the room icon to see the room contact card.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar

**Webex App Scheduler**

**1** In the space, click **Schedule a meeting** 🗓, and then enter your meeting info:

- Edit the meeting topic.

- Choose a **Start** and **End** date and time.

- Check **Recurrence**, to schedule the meeting to repeat regularly, choose from daily, weekly, or monthly increments.

- Enter a description, which will be included in the email invitation.

**2** All members of the space are automatically invited to the meeting. Add invitees by typing their name or email address. Remove invitees by hovering over their name and clicking **Remove**.

💡 If invitees are unavailable, change the meeting time and their availability status updates, or click **Check calendar** to see their availability.

**3** To book a meeting room, go to **Rooms** and enter the name or location of a meeting room. You see icons next to room names to show their availability. Click on a room name to add it to the meeting invite.

📄 Only meeting rooms listed in your organizations directory are displayed.

**4** Click **Schedule**.

The meeting is added to your calendar. An email invitation is sent to everyone invited to the meeting.

https://help.webex.com/en-us/article/nu5w9x3/Webex-App-%7C-Schedule-a-meeting-from-a-space#Cisco_Task_in_List_GUI.dita_6dbe0773-df5c-4415-bc74-8ef3235d93f6

### Join a Webex Meeting from an Email Invitation

If you get a meeting invitation in your email, you can use it to join your meeting in different ways, like from your computer, mobile device, phone, or video system. Your invite includes the options available to you for that particular meeting.

**When you receive an email invitation to a Webex meeting,** it'll look something like this.



https://kb.ccconline.org/article.php?id=457

# Join Webex meetings from Board, Desk, and Room Series

Webex Meetings and Cisco devices are working closer together, making it possible to join Webex and Personal Room meetings directly from your device.

https://help.webex.com/en-us/article/pq3vkab/Join-Webex-meetings-from-Board,-Desk,-and-Room-Series

| c) identifying second | The accused system discloses identifying second pre-existing users (e.g., users joining a |
|---|---|

| | |
|---|---|
| pre-existing users of a plurality of users of said second conferencing and scheduling platform; | meeting through Webex application) of a plurality of users (e.g., Webex meeting application users) of said second conferencing and scheduling platform (e.g., webex meeting app).<br><br>As shown, during scheduling a webex meeting the host identifies and selects invitees to join via the webex application. The invitees are preexisting users.<br><br><br><br>https://help.webex.com/en-us/article/n9fvlr0/Add-a-participant-to-an-ongoing-call-or- |

[meeting-on-Board,-Desk,-or-Room-Series](#)

As shown below, when the recurrence meeting is scheduled in webex, the webex meeting app identifies the pre-existing invitees of recurring meeting and sends an email invite or the email reminder before the meeting starts.



[https://www.webex.com/essentials/meetings.html](https://www.webex.com/essentials/meetings.html)



https://www.youtube.com/watch?v=PFn8DNQbzmI



https://www.youtube.com/watch?v=nelFQXa_L6A

## Join a Webex Meeting from an Email Invitation

If you get a meeting invitation in your email, you can use it to join your meeting in different ways, like from your computer, mobile device, phone, or video system. Your invite includes the options available to you for that particular meeting.

**When you receive an email invitation to a Webex meeting, it'll look something like this.**



https://kb.ccconline.org/article.php?id=457

# Webex App | Join a meeting

You can join a meeting in different ways in Webex App, allowing you to choose the method that best suits your needs.

https://help.webex.com/en-us/article/k7cstu/Webex-App-%7C-Join-a-meeting



| | Did you try using the "Email reminder"-option (under the Advanced Options in the web scheduler)?<br><br>Another option would be to schedule your Webex Meetings directly from your Outlook client (by using the Webex Productivity Tools). By doing this, all participants will have the recurring Webex meetings in their calendar and will get automatic reminders via their calendar.<br><br>https://community.cisco.com/t5/webex-administration/webex-is-there-a-way-to-send-reminders-to-attendees-for/m-p/4075600 |
|---|---|
| d) providing a bridge for bridging said selected plurality of first users and said identified second pre-existing users; | The accused system discloses providing a bridge (e.g., virtual bridge for communication) for bridging (e.g., collaborating) said selected plurality of first users (e.g., invitees joining a meeting through using Cisco room) and said identified second pre-existing users (e.g., users joining a meeting through Webex application).<br><br>As shown, RoomOS provides a virtual bridge for and collaboration and communication between the plurality of users of RoomOS platform with plurality of users of webex meeting app. |

 for Cisco Devices

# Collaborate like never before.

  

https://www.webex.com/solutions/RoomOS.html



https://www.cisco.com/c/en/us/products/collaboration-endpoints/webex-room-series/index.html

| e) creating bridged users using said provided bridge by bridging said selected plurality of first users and said second | The accused system discloses creating bridged users (e.g., collaborated users) using said provided bridge (e.g., virtual bridge for communication) by bridging (e.g., collaborating) said selected plurality of first users (e.g., invitees joining a meeting through using Cisco room) and said second identified pre-existing user (e.g., users joining a meeting through Webex application). |
|---|---|

| identified pre-existing user; | As shown, RoomOS provides a virtual bridge for and collaboration and communication between the plurality of users of RoomOS platform and plurality of users of webex meeting app and creates a bridged users by connecting the users of RoomOS platform and webex meeting app.  https://www.webex.com/solutions/RoomOS.html |
| --- | --- |



https://www.cisco.com/c/en/us/products/collaboration-endpoints/webex-room-series/index.html

| f) simultaneously contacting said bridged users by said determined identifier of each user based on a | The accused system discloses simultaneously contacting (e.g. email reminder, notification, join button appearance, etc.) said bridged users (e.g., invitees joining a schedueld call through RoomOS platform and webex application) by said determined identifier (e.g., name, email-address, etc.) of each user based on a predetermined scheduled time (e.g., scheduled meeting start time). |
| --- | --- |

| | |
|---|---|
| predetermined scheduled time; and | As shown below, the bridged users or invitees of two platforms-RoomOS and webex app are automatically contacted using email reminder, notification reminder or join button appearance just before the meeting start time or at the meeting start time for joining the meeting on the scheduled time using RoomOS platform or webex app.<br><br>### Disable Meeting Email Reminders in Cisco Webex Site Administration<br><br>You can determine if hosts can send out email reminders for upcoming Webex Meetings, Webex Training sessions, or Webex Events that are scheduled on a Webex site. Email reminders are enabled by default, but you can turn this off.<br><br>This setting doesn't apply to meetings scheduled in Microsoft Outlook.<br><br>1 Sign in to Webex Site Administration, and go to **Configuration** > **Common Site Settings** > **Options**.<br><br>2 Scroll to **Schedule Meeting Options**, and under **Meeting email reminders**, select **Off**.<br><br>https://help.webex.com/en-us/article/nxkj5o6/Disable-Meeting-Email-Reminders-in-Cisco-Webex-Site-Administration |



https://www.youtube.com/watch?v=neIFQXa_L6A



https://www.youtube.com/watch?v=nelFQXa_L6A



https://help.webex.com/en-us/article/nmegiuz/Webex-App-%7C-Join-a-meeting-from-your-meetings-list

# Webex App | Choose when to receive notifications for scheduled meetings

The app can send you a notification when your scheduled meeting is about to start, so you can join easily and make sure that you're on time. You can choose when you'd like to receive notifications for scheduled meetings, or turn them off.

https://help.webex.com/en-us/article/r9zg2t/Webex-App-%7C-Choose-when-to-receive-notifications-for-scheduled-meetings



https://help.webex.com/en-us/article/r9zg2t/Webex-App-%7C-Choose-when-to-receive-notifications-for-scheduled-meetings



https://www.youtube.com/watch?v=0z2_yI5kj0s



https://www.youtube.com/watch?v=EbmDd_PXRbQ

| g) effecting steps a) through f) in the absence of any action by said users. | The accused system discloses effecting steps a) through f) in the absence of any action by said users (e.g., plurality of invitees). |
| --- | --- |
| | As shown, the steps a) through f) are performed automatically by the accused system, without any action by the invitees of RoomOS and webex application. |

## Room Series



## Smart video conferencing

The Room Series runs on RoomOS, the hybrid work platform optimized for a native Webex experience while supporting seamless join to third-party meeting solutions like Microsoft Teams, Zoom and Google Meet. These intelligent video collaboration systems bring your meeting rooms to life. Whether you are redesigning your workspaces or upgrading your video conferencing equipment, the Room Series offers high-quality video, crisp audio, rich content experiences and embedded room intelligence to power engaging and productive hybrid workflows.

∨ Show more

https://www.cisco.com/c/en/us/products/collaboration-endpoints/webex-room-series/index.html

# Join a Webex Meeting

You can join a meeting from your computer, mobile device, phone, or a video system. Choose the one that works best for you.

This article applies to version 41.6 and later sites.

We've made some changes to the options that are visible before you join a Webex meeting. If you have an earlier Webex version, these options may not be visible. Learn how to join meetings on earlier Webex versions.

Can't download? Here's how you can join right from your browser.



https://help.webex.com/en-us/article/nrbgeodb/Join-a-Webex-Meeting

## Join a Webex Meeting from an Email Invitation

If you get a meeting invitation in your email, you can use it to join your meeting in different ways, like from your computer, mobile device, phone, or video system. Your invite includes the options available to you for that particular meeting.

**When you receive an email invitation to a Webex meeting, it'll look something like this.**



simultaneous contact from a provided or determined identifier of each user

https://kb.ccconline.org/article.php?id=457



# Add a participant to an ongoing call or meeting on Board, Desk, or Room Series

Forgot someone? You can now add both participants and devices to an ongoing Webex meeting or call.

You can add someone to an ongoing call, Webex meeting, or personal room meeting by tapping the **Add** button. You can only add users or devices registered to Webex. It isn't possible to add SIP or PSTN participants.

| Board, Desk, Room Series | DX70, DX80 | MX, SX |

1 When you're in a call or a meeting, access the call controls on your device or touch controller. Tap the **Add** ⊕ button.

If you don't see it, you might need to tap **More** ⋯ first and then select **Add**.

https://help.webex.com/en-us/article/n9fvlr0/Add-a-participant-to-an-ongoing-call-or-meeting-on-Board,-Desk,-or-Room-Series



https://www.cisco.com/c/en/us/products/collaboration-endpoints/webex-room-series/index.html

# Disable Meeting Email Reminders in Cisco Webex Site Administration

You can determine if hosts can send out email reminders for upcoming Webex Meetings, Webex Training sessions, or Webex Events that are scheduled on a Webex site. Email reminders are enabled by default, but you can turn this off.

This setting doesn't apply to meetings scheduled in Microsoft Outlook.

**1** Sign in to Webex Site Administration, and go to **Configuration** > **Common Site Settings** > **Options**.

**2** Scroll to **Schedule Meeting Options**, and under **Meeting email reminders**, select **Off**.

https://help.webex.com/en-us/article/nxkj5o6/Disable-Meeting-Email-Reminders-in-Cisco-Webex-Site-Administration



https://www.youtube.com/watch?v=nelFQXa_L6A



https://www.youtube.com/watch?v=0z2_yl5kj0s