Exhibit 4

Method Claim: 1

| US11290428 | Cisco Webex ("The accused instrumentality") |
|---|---|
| 1. A method of simplifying electronic communications between a plurality of selected users, each selected user having at least one electronic identifier, comprising: | The accused instrumentality practices a method of simplifying electronic communications (e.g., an audio, video communication) between a plurality of selected users (e.g., organization contacts, invited participants, etc.), each selected user (e.g., an invited participant) having at least one electronic identifier (e.g., an e-mail address).<br><br>As shown below, Cisco Webex allows multiple users to join a virtual meeting. An organizer schedules a meeting for a predetermined time and invites participants by adding their e-mail addresses.<br><br><br>https://www.webex.com/ |



[https://www.webex.com/](https://www.webex.com/)

Webex Meetings

# Where common ground is found.

When everyone has an equitable experience, your meeting platform isn't just helping collaboration—it's driving better business results.

Plans & Pricing →    See How it Works 



https://www.webex.com/suite/meetings.html

# Manage organization contacts in Control Hub

You can now create and modify organization contacts using Control Hub. All users can search for and view these contacts in the Webex app. Manage (add, delete, modify, or view) contacts in your organization using a CSV file. You can download the CSV template from Control Hub and add organization contacts. You can also download the existing CSV file and use it to update existing organization contacts. You can only update or delete organization contacts that were created in Control Hub originally. Currently, Control Hub supports up to 200,000 contacts per organization.
https://help.webex.com/en-us/article/hkgw56/Manage-organization-contacts-in-Control-Hub

View contacts in Control Hub

1. Sign in to https://admin.webex.com/ and select **Users**.

2. Click **Contacts**.

3. You can use one of the following filters to select the source of the contacts:

   - **Control Hub**: View the contact details such as phone number, Email, SIP URI, and address. You can also view the source of the contact and edit or delete the contact.

https://help.webex.com/en-us/article/hkgw56/Manage-organization-contacts-in-Control-Hub



https://help.webex.com/en-us/article/n5jdj19/Webex-Contact-Center-administrator-roles-and-privileges

## Scheduling

**From the desktop app**

1. Sign in to your account.

2. Select **Schedule** to go to the Schedule a Meeting page.

3. Select a meeting template.

4. Enter the meeting information and invite attendees by email by email address.

5. Click **Schedule**.

Use Webex Productivity Tools to make scheduling easier

https://www.webex.com/essentials/meetings.html



# Webex App | Schedule a meeting from a space

Schedule a meeting with everyone in your space at a specified date and time, whether it's a space with one or more people. Send calendar invites to everyone in the space to tell them about the meeting and how to join. You can also make sure that your meetings are end-to-end encrypted.



https://help.webex.com/en-us/article/nu5w9x3/Webex-App-%7C-Schedule-a-meeting-from-a-space



https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar

**1** Go to **Meetings** .

**2** Click **Schedule a meeting** , and then enter your meeting info:

📄 If you don't see **Schedule a meeting**, your account isn't set up to host meetings. You can schedule a meeting from a space instead.

- Edit the meeting topic.

- Choose a **Start** and **End** date and time.

- Check **Recurrence** and choose the meeting frequency.

- Select a **Meeting link**, choose from:

  ○ **Generate a one-time meeting link**

  ○ **Use my Personal Room link**

- Enter a description to include in the email invitation if your administrator has set up your account with Cisco Webex Hybrid Calendar Service.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar

**3** Add **Invitees**, enter names or email addresses.

When your account is set up with Hybrid Calendar , you see icons beside each person's name to show their availability.

- **Available** ✓

- **Unavailable** ✗

- **Unknown availability** ?

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar



https://www.youtube.com/watch?v=PFn8DNQbzmI



https://www.youtube.com/watch?v=PFn8DNQbzmI

| | |
|---|---|
| selecting a plurality of users for simultaneous contact at a predetermined time from a provided or determined identifier of each selected user; | The accused instrumentality practices selecting a plurality of users (e.g., organization contacts, invited participants, etc.) for simultaneous contact at a predetermined time (e.g., a scheduled time for meeting) from a provided or determined identifier of each selected user (e.g., an e-mail address of an invited participant).<br><br>As shown below, Cisco Webex allows multiple users to join a virtual meeting. An organizer schedules a meeting for a predetermined time and invites participants by adding their e-mail addresses. |

**1** Go to **Meetings** .

**2** Click **Schedule a meeting** , and then enter your meeting info:

> If you don't see **Schedule a meeting**, your account isn't set up to host meetings. You can schedule a meeting from a space instead.

- Edit the meeting topic.

- Choose a **Start** and **End** date and time.

- Check **Recurrence** and choose the meeting frequency.

- Select a **Meeting link**, choose from:

  ○ **Generate a one-time meeting link**

  ○ **Use my Personal Room link**

- Enter a description to include in the email invitation if your administrator has set up your account with Cisco Webex Hybrid Calendar Service.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar

**3** Add **Invitees**, enter names or email addresses.

When your account is set up with Hybrid Calendar , you see icons beside each person's name to show their availability.

- **Available** ✓

- **Unavailable** ✗

- **Unknown availability** ?

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar



https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar

As shown below, an organizer schedules a meeting on 18th Nov at 1:00 pm (a predetermined time) and invites participants by sending an invitation e-mail.



https://www.youtube.com/watch?v=PFn8DNQbzmI

Once you schedule your meeting, the people you invited get an email sent to them automatically to let them know. If you edit the invite or cancel it, a new email is sent to everyone invited so they stay up to date.

1. Sign in to Webex, click **Meetings** > **Schedule**.

   📄 If you've saved meeting templates before, you can select one from the **Meeting templates** drop-down list.

2. Select a **Meeting type** from the drop-down list, if your account has more than one associated with it. Meeting types are the default or customized sets of meeting features available for your organization.

3. Enter a name for the meeting in **Meeting topic**, add or change the **password**, if necessary, and select the **Date and time** for your meeting.

4. You can set the meeting to repeat by checking the **Reccurence** check box. You can schedule your meeting to happen daily, biweekly, monthly, and more.

5. In the Attendees section, enter the email address of the people you're inviting. The **Attendees** field suggests people who you've invited before, existing accounts on your Cisco Webex organization, and contacts in your address book. If the person has a host account in your organization, you can make them an alternate host by clicking 👤 next to their name.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar#task_s32_ckt_4nb



https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar#task_s32_ckt_4nb

| collating a respective identifier of all selected users; | The accused instrumentality practices collating a respective identifier of all selected users (e.g., an e-mail addresses of invited participants). |
| | As shown below, Cisco Webex allows multiple users to join a virtual meeting. An organizer schedules a meeting for a predetermined time and invites participants by adding their e-mail addresses. Webex collates identifiers of selected participants as per the scheduled meeting. |



https://help.webex.com/en-us/article/xm3o0v/Schedule-a-meeting-from-User-Hub

| | | | Yes | Yes |
|---|---|---|---|---|
| Select co-host from invitees | Yes | Yes | Webex identifies invitees by their email address. Only invitees with an email address that matches both their Microsoft account and Webex account can be set as a cohost. | Webex identifies invitees by their email address. Only invitees with an email address that matches both their Microsoft account and Webex account can be set as a cohost. |

https://help.webex.com/en-us/article/0v1jpm/Webex-Scheduler-for-Microsoft-Office-feature-

comparison

Once you schedule your meeting, the people you invited get an email sent to them automatically to let them know. If you edit the invite or cancel it, a new email is sent to everyone invited so they stay up to date.

**1** Sign in to Webex, click **Meetings** > **Schedule**.

   If you've saved meeting templates before, you can select one from the **Meeting templates** drop-down list.

**2** Select a **Meeting type** from the drop-down list, if your account has more than one associated with it. Meeting types are the default or customized sets of meeting features available for your organization.

**3** Enter a name for the meeting in **Meeting topic**, add or change the **password**, if necessary, and select the **Date and time** for your meeting.

**4** You can set the meeting to repeat by checking the **Reccurence** check box. You can schedule your meeting to happen daily, biweekly, monthly, and more.

**5** In the Attendees section, enter the email address of the people you're inviting. The **Attendees** field suggests people who you've invited before, existing accounts on your Cisco Webex organization, and contacts in your address book. If the person has a host account in your organization, you can make them an alternate host by clicking [icon] next to their name.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar#task_s32_ckt_4nb

| | |
|---|---|
| | **Schedule a Meeting**  Meeting templates [ PIN-Less Join Meetings ⌄ ]<br><br>Meeting type — [ Webex Meetings Pro meeting ⌄ ]<br><br>\* Meeting topic — [ My Webex Meeting ]<br><br>\* Meeting password — [ jmAHJC4nf36 ↻ ]<br><br>Date and time — Monday, Nov 23, 2020 10:55 am  Duration: 1 hour ⌄<br><br>(UTC-08:00) Pacific Time (US & Canada) ⌄<br><br>☐ Recurrence<br><br>❓ <u>Attendees</u> — [ Separate email addresses with a comma or semicolon ]<br><br>Show advanced options ⌄<br><br>https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar#task_s32_ckt_4nb |
| forming a conferencing bridge where the identifier of each selected user is on said bridge at the predetermined time in advance of contacting selected users without any | The accused instrumentality practices forming a conferencing bridge (e.g., a virtual meeting room) where the identifier of each selected user (e.g., an e-mail address of an invited participant) is on said bridge (e.g., a virtual meeting room) at the predetermined time (e.g., a scheduled time for a meeting) in advance of contacting selected users (e.g., organization contacts, invited participants, etc.) without any action by said selected users (e.g., organization contacts, invited participants, etc.).<br><br>As shown below, an organizer schedules a meeting and invites participants by adding their e-mail address. It sends an invitation mail to the invited participants, that includes information about the virtual meeting room, start time, topic, etc. A participant can click on the invitation e-mail link to join the scheduled meeting. It also allows the organizers to view who's accepted, declined or responded as tentative to the meeting invite. |

| action by said selected users; | **IP phone with ad hoc conferencing**<br><br>Step 1: The organizer sets up the conference bridge<br><br>A conference bridge is basically a server that can answer, merge, and manage multiple calls as needed. Before any conference call can be conducted, a bridge must be in place so that two or more participants may dial in to the same number or join the same URL. Bridges may be internally hosted or instead entrusted to an outside hosting provider.<br><br>https://www.webex.com/what-is-a-conference-call.html |
|---|---|



**Step 2: The organizer calls the participants**

In this example, the organizer will use their IP phone to add different numbers to the main conference call. On a device like the Cisco IP Phone 8800 Series, this can be done using the Conference button. An alternative is to use the Star Code feature to create a conference bridge URL and then add calls to that virtual room, as explained here.

**Step 3: The conference call begins**

During the call itself, participants can speak and use various features such as the mute button, which turns off their audio to eliminate background noise and echo while still allowing them to listen. Hold music may be played before everyone has joined, or if the call is temporarily paused. The organizer can end the call when desired, and callers may drop off at any moment.

https://www.webex.com/what-is-a-conference-call.html



In addition to a common dial-in number (usually provided via email or calendar invite), the conference call organizer may also supply a bridge URL. This link can connect callers to web conferencing services, through which they may use computer audio and possibly access other types of media and collaboration tools, including screen shares, video chats, and instant messaging platforms.

https://www.webex.com/what-is-a-conference-call.html

As long as a conference bridge URL is provided, invitees can participate using their phones, PCs, Macs, or tablets, in addition to other options like IP phones or standards-based video conferencing systems. Conference calls have steadily evolved to keep up with technological trends, and it's now common for invites to include a link or button so that the conference can be joined without a conventional dial-in.

https://www.webex.com/what-is-a-conference-call.html

---

**3** To book a meeting room, go to **Rooms** and enter the name or location of a meeting room. You see icons next to room names to show their availability. Click on a room name to add it to the meeting invite.

Only meeting rooms listed in your organizations directory are displayed.

**4** Click **Schedule**.

The meeting is added to your calendar. An email invitation is sent to everyone invited to the meeting.

https://help.webex.com/en-us/article/nu5w9x3/Webex-App-%7C-Schedule-a-meeting-from-a-space#Cisco_Task_in_List_GUI.dita_6dbe0773-df5c-4415-bc74-8ef3235d93f6



https://www.youtube.com/watch?v=PFn8DNQbzmI



5   For a one-time meeting link, click **Advanced Settings** and choose from the available options:

- Meeting type

- Security

- Audio connection

- Scheduling options

6   Click **Schedule**.

The meeting is created and added to your calendar. An email invitation is sent to everyone invited to the meeting. If you need to make changes, you can update the meeting details or cancel the meeting.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar



① Open your email invite, and click **Join meeting**. If you don't have a meeting invite, contact your meeting host.

**Catherine Sinu invites you to join this Webex meeting.**

a predetermined time

Monday, November 30, 2020
10:30 am | (UTC−08:00) Pacific Time (US & Canada) | 30 mins

Join meeting

**More ways to join:**

**Join from the meeting link**

https://example.webex.com/example/eg.php?MTID=m475eadb9eb9ebc48f669

**Join by meeting number**

Meeting number (access code): 555 345 231
Meeting password: aQ34ijkC (55512345 from phones and video systems)

**Tap to join from a mobile device (attendees only)**

+1-555-123-12342,,*01*632819374##*01* (US Toll)
+1-555-123-1342,,*01*632819374##*01* (US Toll Free)
Some mobile devices may ask attendees to enter a numeric meeting password.

**Join by phone**

+1-555-668-0000  (US Toll)
+1-555-655-4488  (US Toll Free)

https://help.webex.com/en-us/article/nrbgeodb/Join-a-Webex-Meeting



a conference bridge

https://help.webex.com/en-us/article/nrbgeodb/Join-a-Webex-Meeting

# Customize Webex Events (Classic) Email Invitations

You can customize the email invitation that is sent out to the people you invite in Webex Events (classic). Customize the email that you send out for a specific event or for future events.

## Email Message Customization

### Specific Event

When you are scheduling or editing an event, you can customize an email message template for the specific event by editing, rearranging, or deleting the content and variables—code text that Webex Events (classic) uses to substitute for your specific user or event information.

https://help.webex.com/en-us/article/neslm5k/Customize-Webex-Events-(Classic)-Email-Invitations



https://help.webex.com/en-us/article/nkb6gsk/Webex-App-%7C-View-upcoming-meetings

| simultaneously contacting bridged | The accused instrumentality practices simultaneously contacting bridged identifiers of all selected users (e.g., an e-mail address of invited participants) at said predetermined time (e.g., a scheduled time for a meeting) absent any action by any selected user (e.g., an |

| identifiers of all selected users at said predetermined time absent any action by any selected user; | invited participant).

As shown below, an organizer schedules a meeting and invites participants by adding their e-mail address. It sends an invitation mail to the invited participants, that includes information about the virtual meeting room, start time, topic, etc. Further, a reminder mail is also sent to the invited participants at a pre-configured time.



https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar |

# Customize reminders in Webex Webinars

Hosts and cohosts can customize templates for reminder, thank you, and cancellation emails sent out to attendees. These customized templates can be saved in your email template library for future use, so you don't have to enter the same settings each time.

https://help.webex.com/en-us/article/n8y6hrx/Customize-reminders-in-Webex-Webinars



https://help.webex.com/en-us/article/n8y6hrx/Customize-reminders-in-Webex-Webinars

## Send a Reminder for a Scheduled Training Session

You can send training session notifications to attendees and presenters and to yourself from 15 minutes to 2 weeks before a scheduled training session. When you select an email message to send, you can send the default email message or choose to customize the message. For details, see About Customizing Email Messages.

**1** On the Schedule Training Session page or the Edit Scheduled Training Session page, select **Email options > Edit Email Options**.

**2** Under **Reminder**, check the box next to **Training Session Reminder to Attendees**.

**3** Select the time before a training session that you want notifications to be sent.

**4** To include additional email notifications, select **Add another reminder email**, and then select the time before a training session that you want this reminder sent.

📄  You can add up to three notification emails.

https://help.webex.com/en-us/article/n8y6hrx/Customize-reminders-in-Webex-Webinars

○ **Automatic lock**—Decide how long after the meeting to starts to automatically lock the meeting.

○ **Registration**—Select **Require attendee registration** to require attendees to register and receive host approval before attending the meeting. Select the detailed registration information that you require attendees to provide. Each attendee who registers will have to provide that information.

○ **Email reminder**—Choose to send an email reminder 10–50 minutes before the start of the meeting.

○ **Meeting options**—Select **Edit meeting options** and select the options that you want participants to have when the meeting begins.

○ **Attendee privileges**—Select **Edit attendee privileges** and select the privileges that you want attendees to have when the meeting begins.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar#task_s32_ckt_4nb

| enabling | The accused instrumentality practices enabling communication between all selected users |

| | |
|---|---|
| communication between all selected users simultaneously contacted as a group by response of each selected user to contact made utilizing the electronic identifier of the selected user at the predetermined time while maintaining anonymity of the electronic identifier of the selected user; and | (e.g., organization contacts, invited participants, etc.) simultaneously contacted as a group by response of each selected user (e.g., an invited participant) to contact made utilizing the electronic identifier of the selected user (e.g., an e-mail address of an invited participant) at the predetermined time (e.g., a scheduled time for a meeting) while maintaining anonymity of the electronic identifier (e.g., an e-mail address) of the selected user (e.g., an invited participant).<br><br>As shown below, an organizer schedules a meeting and invites participants by adding their e-mail address. It sends an invitation mail to the invited participants, that includes information about the virtual meeting room, start time, topic, etc. A participant can click on the invitation e-mail link to join the scheduled meeting. During the meeting, names of participants are displayed on the screen while maintaining anonymity of the e-mail address.<br><br> |

https://help.webex.com/en-us/article/xm3o0v/Schedule-a-meeting-from-User-Hub

Once you schedule your meeting, the people you invited get an email sent to them automatically to let them know. If you edit the invite or cancel it, a new email is sent to everyone invited so they stay up to date.

1. Sign in to Webex, click **Meetings** > **Schedule**.

   📄 If you've saved meeting templates before, you can select one from the **Meeting templates** drop-down list.

2. Select a **Meeting type** from the drop-down list, if your account has more than one associated with it. Meeting types are the default or customized sets of meeting features available for your organization.

3. Enter a name for the meeting in **Meeting topic**, add or change the **password**, if necessary, and select the **Date and time** for your meeting.

4. You can set the meeting to repeat by checking the **Reccurence** check box. You can schedule your meeting to happen daily, biweekly, monthly, and more.

5. In the Attendees section, enter the email address of the people you're inviting. The **Attendees** field suggests people who you've invited before, existing accounts on your Cisco Webex organization, and contacts in your address book. If the person has a host account in your organization, you can make them an alternate host by clicking 👤 next to their name.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar#task_s32_ckt_4nb

② Select a meeting to view the meeting information, such as the date, time, recurrence, location, organizer or host, meeting link, and who's accepted, declined, or hasn't responded to the meeting invite.



https://help.webex.com/en-us/article/nkb6gsk/Webex-App-%7C-View-upcoming-meetings

If you're using Hybrid Calendar , you can accept, accept tentatively, or decline an invitation to a meeting that you're invited to from the **Meeting Details**.

For a meeting associated with a space, you can join the meeting directly from the **Meeting Details**. If you want to let everyone know that you're running late or want to add an agenda item, just click **Message** or the space name (in blue).

For meetings scheduled using your Webex site, the participant list only shows your name if you're the host and created the meeting, or the list will show the host and you, if you're invited by the host to the meeting.

https://help.webex.com/en-us/article/nkb6gsk/Webex-App-%7C-View-upcoming-meetings



https://www.youtube.com/watch?v=PFn8DNQbzmI



1. Open your email invite, and click **Join meeting**. If you don't have a meeting invite, contact your meeting host.

**a predetermined time**

**Catherine Sinu invites you to join this Webex meeting.**

Monday, November 30, 2020
10:30 am | (UTC−08:00) Pacific Time (US & Canada) | 30 mins

**Join meeting**

**More ways to join:**

**Join from the meeting link**

https://example.webex.com/example/eg.php?MTID=m475eadb9eb9ebc48f669

**Join by meeting number**

Meeting number (access code): 555 345 231
Meeting password: aQ34ijkC (55512345 from phones and video systems)

**Tap to join from a mobile device (attendees only)**

+1-555-123-12342,,*01*632819374##*01* (US Toll)
+1-555-123-1342,,*01*632819374##*01* (US Toll Free)
Some mobile devices may ask attendees to enter a numeric meeting password.

**Join by phone**

+1-555-668-0000 (US Toll)
+1-555-655-4488 (US Toll Free)

https://help.webex.com/en-us/article/nrbgeodb/Join-a-Webex-Meeting



https://help.webex.com/en-us/article/ntfaid0/Webex-App-%7C-Manage-participants-in-your-meeting

| | |
|---|---|
| | If you're using Hybrid Calendar , you can accept, accept tentatively, or decline an invitation to a meeting that you're invited to from the **Meeting Details**. |
| | For a meeting associated with a space, you can join the meeting directly from the **Meeting Details**. If you want to let everyone know that you're running late or want to add an agenda item, just click **Message** or the space name (in blue). |
| | For meetings scheduled using your Webex site, the participant list only shows your name if you're the host and created the meeting, or the list will show the host and you, if you're invited by the host to the meeting. |
| | https://help.webex.com/en-us/article/nkb6gsk/Webex-App-%7C-View-upcoming-meetings |
| precluding contacted nonresponsive selected users from communication with said group unless subsequently authorized after said predetermined time. | The accused instrumentality practices precluding contacted nonresponsive selected users (e.g., automatically locking meeting for late attendees) from communication with said group unless subsequently authorized after said predetermined time (e.g., a scheduled time for a meeting). |
| | As shown below, an organizer schedules a meeting and invites participants by adding their e-mail address. It sends an invitation mail to the invited participants, that includes information about the virtual meeting room, start time, topic, etc. A participant can click on the invitation e-mail link to join the scheduled meeting. It also allows the organizers to view who's accepted, declined or responded as tentative to the meeting invite. |
| | Cisco Webex provides organizers to automatically lock meeting for late attendees such that if an invited participant is late to the scheduled meeting, they cannot join the meeting. Further, it automatically locks the meeting after the meeting starts and the non-attendees are displayed on the participant's panel. |

2. Select a meeting to view the meeting information, such as the date, time, recurrence, location, organizer or host, meeting link, and who's accepted, declined, or hasn't responded to the meeting invite.



https://help.webex.com/en-us/article/nkb6gsk/Webex-App-%7C-View-upcoming-meetings



https://help.webex.com/en-us/article/ntfaid0/Webex-App-%7C-Manage-participants-in-your-meeting

 Lock your meeting shortly after the scheduled start time by selecting "Lock Meeting" from the Meeting menu at the top of the application window. Late arrivers? No problem – you can easily admit them from the lobby. (The lobby feature is only available for your personal room.)

https://www.webex.com/content/dam/webex/eopi/assets/webexcovid19/rapid_deployment_guide/Hold_secure_meetings_Host.pdf

# Lock or unlock your Webex meeting

Lock your Webex scheduled and Personal Room meetings to keep uninvited people from joining. If you don't lock your Personal Room, anyone can enter it with your Personal Room URL.

Your Personal Room meetings lock by default. When you lock your meeting, it prevents more attendees from joining until you admit them. You can lock or unlock the meeting at any time while the session is in progress. If you have back-to-back meetings or need privacy in your Personal Room, lock the room.

When you lock the meeting:

- No one can enter the meeting until you unlock it.

- You see a list of all attendees waiting in the lobby. The list indicates who has signed in and who hasn't. Choose who to allow into the meeting.

- Anyone who already joined the meeting, including the host, can't call in to connect to the meeting audio. They can still use their computer for audio, or have the meeting call them.

https://help.webex.com/en-us/article/vjfafi/Lock-or-unlock-your-Webex-meeting



https://help.webex.com/en-us/article/njvqg5x/Set-your-Personal-Room-preferences

## Automatically lock your scheduled meeting

Set your locked meeting options when you schedule your meeting. Choose the behavior for people joining the meeting who you didn't receive a meeting invite, and choose whether to lock the meeting automatically after it starts. You can choose from 0, 5, 10, 15, or 20 minutes. By default, the meeting locks after 5 minutes.

https://help.webex.com/en-us/article/vjfafi/Lock-or-unlock-your-Webex-meeting

- ○ **Automatic lock**—Decide how long after the meeting to starts to automatically lock the meeting.

- ○ **Registration**—Select **Require attendee registration** to require attendees to register and receive host approval before attending the meeting. Select the detailed registration information that you require attendees to provide. Each attendee who registers will have to provide that information.

- ○ **Email reminder**—Choose to send an email reminder 10–50 minutes before the start of the meeting.

- ○ **Meeting options**—Select **Edit meeting options** and select the options that you want participants to have when the meeting begins.

- ○ **Attendee privileges**—Select **Edit attendee privileges** and select the privileges that you want attendees to have when the meeting begins.

https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar#task_s32_ckt_4nb



https://help.webex.com/en-us/article/wy517z/Webex-App-%7C-Schedule-a-meeting-from-the-meetings-calendar



https://www.youtube.com/watch?v=PFn8DNQbzmI

As shown below, for a scheduled meeting, an organizer sets automatically locking the meeting 15 mins after the meeting starts.



https://www.youtube.com/watch?v=PFn8DNQbzmI